AO 451  (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

## for the

### Eastern District of Pennsylvania ▾

| | |
|---|---|
| WFD CAPITAL LLC | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action  No. 5:23-cv-00292-KNS |
| ACTIVE WORLD HOLDINGS INC ET AL | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    02/07/2024    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    06/13/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*




Case 5:23-cv-00292-KNS   Document 68   Filed 02/07/24   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT BEEN,                                          :
                          **Plaintiff,**             :
                                                     :
              v.                                     :   **CIVIL ACTION**
                                                     :   **NO. 23-0292**
ACTIVE WORLD HOLDINGS, INC. and                      :
ALFONSO KNOLL,                                       :
                          **Defendants.**            :

## ORDER

**AND NOW,** this **7th** day of **February, 2024,** upon consideration of Plaintiff Scott Been's

Unopposed Motion to Enforce Settlement Agreement By Entry of Agreed Judgment (ECF No.

67), it is hereby **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1.      The Agreed Judgment (attached to the motion at ECF No. 67-1) is **APPROVED.**

2.      **JUDGMENT** in the amount of $921,925.00 is **ENTERED** in favor of plaintiff

Scott Been and against defendants Active World Holdings, Inc. and Alfonso Knoll.

BY THE COURT:

**HON. KAI N. SCOTT**
**United States District Court Judge**

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 2/8/24
ATTEST:
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SCOTT BEEN, | CIVIL ACTION |
| Plaintiff, | NO. 5:23-CV-00292-KNS |
| v. | |
| ACTIVE WORLD HOLDINGS, INC. d/b/a ACTIVE WORLD CLUB and ALFONSO KNOLL | |
| Defendants. | |

### AGREED JUDGMENT

WHEREAS Plaintiff Scott Been ("Been") and Defendants Active World Holdings, Inc. d/b/a Active World Club ("AWC") and Alfonso Knoll ("Knoll") (collectively "Defendants") resolved the claims and disputes between them according to the Settlement and Release Agreement dated October 26, 2023 (the "Agreement").

ORDERED AND DECREED Scott Been shall have and recover in the amount of $921,925.00 against AWC and Alfonso Knoll jointly and severally.

All other claims are denied and dismissed with prejudice.

All writs and processes necessary for the collection and enforcement of this Agreed Judgment shall issue.

The Court retains jurisdiction to enable any party to this Agreed Judgment to apply to this Court at any time for such further orders and directions as may be necessary or appropriate to carry

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 7/9/24
ATTEST:
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

out or construe this Agreed Judgment, to modify or terminate any of its provisions, to enforce

compliance, and to punish any violations of its provisions.

Date: _____                              _____
                                                   Hon. Kai N. Scott
                                                   United States District Court Judge



**SCOTT BEEN**

*[signature]*

**ATTORNEYS FOR PLAINTIFF SCOTT BEEN**

*[notary seal: ADRIANA DURAN, NOTARY PUBLIC, STATE OF TEXAS, ID. 128960398, EXP. 08-19-2027]*

*[signature]*
NOTARY PUBLIC

**KANG HAGGERTY LLC**

By: */s/ Kandis L. Kovalsky*
Kandis L. Kovalsky
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
(P): (215) 525-5850
kkovalsky@kanghaggerty.com


**HENDERSHOT COWART PC**

By: */s/ Simon W. Hendershot, III*
Simon W. Hendershot, III
David L. Augustus
1800 Bering Drive, Suite 600
Houston, Texas 77057
(P): (713) 783-3110
trey@hchlawyers.com
daugustus@hchlawyers.com


2

Agreed Judgement

ALFONSO KNOLL

ACTIVE WORLD HOLDINGS, INC.

By: Alfonso Knoll, President

ATTORNEYS FOR DEFENDANTS,
ACTIVE WORLD HOLDINGS INC. AND ALFONSO KNOLL

HARTMAN, VALERIANO, MAGOVERN & LUTZ, PC

By: /s/ George M. Lutz
George M. Lutz, Esquire
1025 Berkshire Blvd., Suite 700
P.O. Box 5828
Wyomissing, PA 19610
(P): (610) 763-0745
glutz@hvmllaw.com

3

Agreed Judgement