IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| WFD CAPITAL LLC | : | No. |
| Plaintiff | : |  |
| v. | : |  |
| ACTIVE WORLD HOLDINGS INC., d/b/a ACTIVE WORLD CLUB, and ALFONSO KNOLL | : |  |
| Defendants | : |  |

**PRAECIPE TO CERTIFY JUDGMENT FROM OTHER U.S. DISTRICT COURT:**

TO THE CLERK OF COURT:

Kindly enter and certify, on the Docket for the United States District Court for the District of Colorado, the attached judgment originally entered in the United States District Court for the Eastern District of Pennsylvania, a certified copy of which, together with certified copy of the assignment of judgment and docket sheet are enclosed herein, and assess damages as follows:

In favor of: WFD CAPITAL LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

And Against: ACTIVE WORLD HOLDINGS INC.,
d/b/a ACTIVE WORLD CLUB
124 Huntzinger Road
Wernersville, PA 19565

And Against: ALFONSO KNOLL
124 Huntzinger Road
Wernersville, PA 19565

In the amount of: **$921,925.00**, jointly and severally.

Respectfully Submitted,

Dated: June 13, 2024         */s/ Andrew Roman Perrong, Esq.*
                              Andrew Roman Perrong, Esq.

1

D. Colo. #333786
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Phone: (215) 225-5529
Facsimile: 888-329-0305
A@PerrongLaw.com

Attorney for Judgment Creditor,
WFD Capital LLC