# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT BEEN, *Plaintiff*, | : <br> : <br> : |
| v. | : CIVIL ACTION <br> : NO. 23-0292 |
| ACTIVE WORLD HOLDINGS, INC. and ALFONSO KNOLL, *Defendants*. | : <br> : <br> : <br> : |

## ORDER

AND NOW, this **7th** day of **February, 2024**, upon consideration of Plaintiff Scott Been's Unopposed Motion to Enforce Settlement Agreement By Entry of Agreed Judgment (ECF No. 67), it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Agreed Judgment (attached to the motion at ECF No. 67-1) is **APPROVED**.

2. **JUDGMENT** in the amount of $921,925.00 is **ENTERED** in favor of plaintiff Scott Been and against defendants Active World Holdings, Inc. and Alfonso Knoll.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 2/8/24
ATTEST:
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT BEEN, | CIVIL ACTION |
| Plaintiff, | NO. 5:23-CV-00292-KNS |
| v. | |
| ACTIVE WORLD HOLDINGS, INC. d/b/a ACTIVE WORLD CLUB and ALFONSO KNOLL | |
| Defendants. | |

## AGREED JUDGMENT

WHEREAS Plaintiff Scott Been ("Been") and Defendants Active World Holdings, Inc. d/b/a Active World Club ("AWC") and Alfonso Knoll ("Knoll") (collectively "Defendants") resolved the claims and disputes between them according to the Settlement and Release Agreement dated October 26, 2023 (the "Agreement").

ORDERED AND DECREED Scott Been shall have and recover in the amount of $921,925.00 against AWC and Alfonso Knoll jointly and severally.

All other claims are denied and dismissed with prejudice.

All writs and processes necessary for the collection and enforcement of this Agreed Judgment shall issue.

The Court retains jurisdiction to enable any party to this Agreed Judgment to apply to this Court at any time for such further orders and directions as may be necessary or appropriate to carry

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 2/9/24
ATTEST: _____
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

out or construe this Agreed Judgment, to modify or terminate any of its provisions, to enforce compliance, and to punish any violations of its provisions.

Date: _____

_____
Hon. Kai N. Scott
United States District Court Judge

**SCOTT BEEN**

*/s/ Scott Been/*

[Notary seal: ADRIANA DURAN, NOTARY PUBLIC, STATE OF TEXAS, ID 128650388, EXP. 08-19-2027]

*/s/ A Duran/*
Notary Public

**ATTORNEYS FOR PLAINTIFF SCOTT BEEN**

**KANG HAGGERTY LLC**

By: */s/ Kandis L. Kovalsky*
Kandis L. Kovalsky
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
(P): (215) 525-5850
kkovalsky@kanghaggerty.com

**HENDERSHOT COWART PC**

By: */s/ Simon W. Hendershot, III*
Simon W. Hendershot, III
David L. Augustus
1800 Bering Drive, Suite 600
Houston, Texas 77057
(P): (713) 783-3110
trey@hchlawyers.com
daugustus@hchlawyers.com

2

**Agreed Judgement**

**ALFONSO KNOLL**

*[signature]*

**ACTIVE WORLD HOLDINGS, INC.**

*[signature]*
By: Alfonso Knoll, President

**ATTORNEYS FOR DEFENDANTS,**
**ACTIVE WORLD HOLDINGS INC. AND ALFONSO KNOLL**

**HARTMAN, VALERIANO, MAGOVERN & LUTZ, PC**

By: */s/ George M. Lutz*
George M. Lutz, Esquire
1025 Berkshire Blvd., Suite 700
P.O. Box 5828
Wyomissing, PA 19610
(P): (610) 763-0745
glutz@hvmllaw.com