CLOSED,A/R

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:23-cv-00292-KNS
# Internal Use Only

BEEN v. ACTIVE WORLD HOLDINGS, INC. et al
Assigned to: DISTRICT JUDGE KAI N. SCOTT
Cause: 28:1330 Breach of Contract

Date Filed: 01/24/2023
Date Terminated: 02/07/2024
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**SCOTT BEEN**                                             represented by **DAVID AUGUSTUS**
                                                                           HENDERSHOT COWART PC
                                                                           1800 BERING DRIVE, SUITE 600
                                                                           HOUSTON, TX 77057
                                                                           713-783-3110
                                                                           Email: daugustus@hchlawyers.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 5/10/24
ATTEST: [signature]
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**KANDIS L. KOVALSKY**
Kang Haggerty LLC
123 S Broad Street
Suite 1950
Philadelphia, PA 19109
215-525-5850
Email: kkovalsky@kanghaggerty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SIMON W HENDERSHOT , III**
Simon W. Hendershot, P.C.
1800 Bering Dr., Suite 600
Houston, TX 77057
713-783-3110
Email: trey@hchlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JUSTIN J. SERIANNI**
LAW OFFICE OF JUSTIN J. SERIANNI
232 - 4TH ST SUITE 3R
PHILADELPHIA, PA 19106
215-429-0026
Email: justin@seriannilawoffice.com
*ATTORNEY TO BE NOTICED*

**Jeffrey J Rizzo , Jr**
Flaster Greenberg PC
1717 Arch Street
Suite 3300
Philadelphia, PA 19103
215-320-3757
Email: jeffrey.rizzo@flastergreenberg.com
*TERMINATED: 08/10/2023*

**Lauren Goodfellow**
Kang Haggerty LLC
123 S Broad St
Suite 1670
Philadelphia, PA 19109
215-525-1145

                              Email: lgoodfellow@kanghaggerty.com
                              *TERMINATED: 06/02/2023*

                              **RAYMOND L. PANNETON**
                              HENDERSHOT COWART, P.C.
                              1800 BERING DRIVE, SUITE 600
                              HOUSTON, TX 77057
                              717-783-3110
                              Email: rpanneton@hchlawyers.com
                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ACTIVE WORLD HOLDINGS, INC.**      represented by   **George Meany Lutz**
*doing business as*                                            Hartman, Valeriano, Magovern & Lutz, P.C.
ACTIVE WORLD CLUBS                             1025 Berkshire Blvd.
                                                    Ste. 700
                                                    Wyomissing, PA 19610
                                                    610-763-0745
                                                    Fax: 610-779-7473
                                                    Email: glutz@hvmllaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**ALFONSO KNOLL**                                 represented by   **George Meany Lutz**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Creditor**

**WFD Capital LLC**                               represented by   **Andrew Roman Perrong**
                                                    Perrong Law LLC
                                                    2657 Mt. Carmel Ave
                                                    Glenside, PA 19038
                                                    215-225-5529
                                                    Fax: 888-329-0305
                                                    Email: a@perronglaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ALFONSO KNOLL**                                 represented by   **George Meany Lutz**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ACTIVE WORLD HOLDINGS, INC.**      represented by   **George Meany Lutz**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**SCOTT BEEN**                                   represented by   **DAVID AUGUSTUS**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **KANDIS L. KOVALSKY**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SIMON W HENDERSHOT , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JUSTIN J. SERIANNI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Goodfellow**
(See above for address)
*TERMINATED: 06/02/2023*

**RAYMOND L. PANNETON**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2023 | 1 | COMPLAINT against ACTIVE WORLD HOLDINGS, INC. D/B/A ACTIVE WORLD CLUBS, ALFONSO KNOLL ( Filing fee $ 402 receipt number BPAEDC-16452161.), filed by SCOTT BEEN. (Attachments: # 1 Civil Cover Sheet, # 2 Designation Form)(KOVALSKY, KANDIS) (Entered: 01/24/2023) |
| 01/24/2023 | 2 | NOTICE of Appearance by Lauren Goodfellow on behalf of SCOTT BEEN with Certificate of Service (Attachments: # 1 Certificate of Service)(Goodfellow, Lauren) (Entered: 01/24/2023) |
| 01/25/2023 | 3 | ORDER THAT COUNSEL FOR PLAINTIFF[S] MUST SERVE THIS ORDER ON EVERY PARTY TO THIS CASE IMMEDIATELY AFTER THE PARTYS FIRST APPEARANCE, UNLESS THIS CASE WAS REMOVED FROM STATE COURT, IN WHICH CASE THIS RESPONSIBILITY FALLS ON COUNSEL FOR THE PARTY WHO REMOVED THE CASE; ETC. AS HEREIN. SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 1/25/23. 1/25/23 ENTERED AND COPIES E-MAILED.(mas) (Entered: 01/25/2023) |
| 01/25/2023 | 4 | Summons Issued as to ACTIVE WORLD HOLDINGS, INC., ALFONSO KNOLL. Forwarded To: Counsel on 1/25/23 (mas) (Entered: 01/25/2023) |
| 01/25/2023 | 5 | CERTIFICATE OF SERVICE by SCOTT BEEN re 3 Order, (KOVALSKY, KANDIS) (Entered: 01/25/2023) |
| 01/26/2023 | 6 | MOTION for Pro Hac Vice *for David Augustus*, MOTION for Pro Hac Vice ( Filing fee $ 40 receipt number APAEDC-16459149.) filed by SCOTT BEEN.Affidavit, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Certificate of Service)(KOVALSKY, KANDIS) (Entered: 01/26/2023) |
| 01/27/2023 | 7 | ORDER THAT THE MOTION FOR ADMISSION PRO HAC VICE, ECF NO. 6 , IS DENIED WITHOUT PREJUDICE TO THE RIGHT TO BE REFILED ON THE COURTS FORM APPLICATION, ALONG WITH PAYMENT OF THE REQUIRED FEE. SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 1/27/23.1/27/23 ENTERED AND COPIES E-MAILED.(mas) (Entered: 01/27/2023) |
| 01/27/2023 | 8 | ACCEPTANCE OF SERVICE Re: accepted summons and complaint for ACTIVE WORLD HOLDINGS, INC. on 1/27/2023, answer due 2/17/2023. (KOVALSKY, KANDIS) (Entered: 01/27/2023) |
| 01/27/2023 | 9 | ACCEPTANCE OF SERVICE Re: accepted summons and complaint for ALFONSO KNOLL on 1/27/2023, answer due 2/17/2023. (KOVALSKY, KANDIS) (Entered: 01/27/2023) |
| 01/31/2023 | 10 | NOTICE of Appearance by George Meany Lutz on behalf of ACTIVE WORLD HOLDINGS, INC., ALFONSO KNOLL (Lutz, George) (Entered: 01/31/2023) |
| 01/31/2023 | 11 | MOTION for Pro Hac Vice *for David Augustus*, MOTION for Pro Hac Vice ( Filing fee $ 40 receipt number APAEDC-16468992.) filed by SCOTT BEEN.Certificate of Service.(KOVALSKY, KANDIS) (Entered: 01/31/2023) |
| 01/31/2023 | 12 | MOTION for Pro Hac Vice *for Raymond Panneton*, MOTION for Pro Hac Vice ( Filing fee $ 40 receipt number APAEDC-16469038.) filed by SCOTT BEEN.Certificate of Service.(KOVALSKY, KANDIS) (Entered: 01/31/2023) |
| 01/31/2023 | 13 | ORDER THAT THE APPLICATION OF DAVID AUGUSTUS, ESQ. TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B) IS GRANTED. SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 1/31/23.1/31/23 ENTERED AND COPIES E-MAILED.(er) (Entered: 01/31/2023) |

| | | |
|---|---|---|
| 01/31/2023 | 14 | ORDER THAT THE APPLICATION OF RAYMOND L. PANNETON, ESQ. TO PRACTICE IN THIS COURT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B) IS GRANTED. SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 1/31/23.1/31/23 ENTERED AND COPIES E-MAILED.(er) (Entered: 01/31/2023) |
| 02/01/2023 | 15 | MOTION for Pro Hac Vice *for Simon Hendershot, III*, MOTION for Pro Hac Vice ( Filing fee $ 40 receipt number APAEDC-16473322.) filed by SCOTT BEEN.Certificate of Service.(KOVALSKY, KANDIS) (Entered: 02/01/2023) |
| 02/02/2023 | 16 | ORDER OF 2/2/23 THAT THE APPLICATION OF SIMON HENDERSHOT, III, ESQUIRE TO PRACTICE IN THIS COURT PURSUANT TO LRCP 83.5.2(b) IS GRANTED. SIGNED BY JUDGE: JOSEPH F. LEESON JR ON 2/2/23. 2/2/23 ENTERED AND COPIES E-MAILED. (DT) (Entered: 02/02/2023) |
| 02/05/2023 | 17 | Disclosure Statement Form pursuant to FRCP 7.1 by ACTIVE WORLD HOLDINGS, INC..(Lutz, George) (Entered: 02/05/2023) |
| 02/17/2023 | 18 | ANSWER to Complaint together with and Counterclaim , COUNTERCLAIM against SCOTT BEEN by ALFONSO KNOLL, ACTIVE WORLD HOLDINGS, INC..(Lutz, George) (Entered: 02/17/2023) |
| 02/22/2023 | 19 | ORDER THAT THE ABOVE CAPTIONED IS REASSIGNED FROM THE CALENDAR OF THE HONORABLE JOSEPH F. LEESON, JR., TO THE HONORABLE KAI N. SCOTT FOR FURTHER PROCEEDINGS. SIGNED BY GEORGE V WYLESOL, CLERK OF COURT ON 2/21/23. 2/22/23 ENTERED AND COPIES E-MAILED.(mas) (Entered: 02/22/2023) |
| 03/01/2023 | 20 | ORDER THAT AN INITIAL PRETRIAL CONFERENCE PURSUANT TO FED. R. CIV. P. 16 SHALL BE HELD ON MARCH 21, 2023, AT 1:30PM, IN CHAMBERS, ROOM 5614, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA. IT IS FURTHER ORDERED AS FOLLOWS: THE PARTIES SHALL MAKE THE REQUIRED INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(A) AT LEAST ONE DAY PRIOR TO THE INITIAL PRETRIAL CONFERENCE. COUNSEL SHALL COMPLETE AND ELECTRONICALLY FILE THE REQUIRED REPORT OF RULE 26(F) MEETING INCORPORATING ALL THE INFORMATION DESCRIBED IN THE ATTACHED FORM REPORT SEVEN (7) DAYS BEFORE RULE 16 MEETING. THE REPORT IS ALSO AVAILABLE AS AN EDITABLE WORD DOCUMENT ON JUDGE SCOTTS JUDGE INFO PAGE. ETC. SIGNED BY HONORABLE KAI N. SCOTT ON 3/1/23. (Attachments: # 1 Rule 26 F Form) 3/1/23 ENTERED AND COPIES E-MAILED. (va) (Entered: 03/01/2023) |
| 03/02/2023 | 21 | *Scott Been's* ANSWER to 18 Answer to Complaint, Counterclaim by SCOTT BEEN.(HENDERSHOT, SIMON) (Entered: 03/02/2023) |
| 03/14/2023 | 22 | Report Of *Rule 26(f) Meeting (Joint Report)* by SCOTT BEEN. (KOVALSKY, KANDIS) (Entered: 03/14/2023) |
| 03/22/2023 | 🔒 23 | Minute Entry for proceedings held before HONORABLE KAI N. SCOTT. Rule 16 Pretrial Conference held on 3/21/2023 (va) (Entered: 03/22/2023) |
| 03/22/2023 | 24 | ORDER REFERRRING CASE TO MAGISTRATE JUDGE ELIZABETH T. HEY FOR SETTLEMENT. SIGNED BY HONORABLE KAI N. SCOTT ON 3/21/23. 3/22/23 ENTERED AND COPIES E-MAILED. (va) (Entered: 03/22/2023) |
| 03/23/2023 | 25 | SCHEDULING ORDER: FINAL PRETRIAL CONFERENCE SET FOR 1/16/2024 AT 11:00 AM IN CHAMBERS. DISCOVERY DUE BY 7/14/2023. MOTIONS DUE BY 11/3/2023. MOTION IN LIMINE DUE BY 1/9/2024. MOTION FOR SUMMARY JUDGMENT DUE BY 11/3/2023. PLAINTIFF PRETRIAL MEMO DUE BY 1/9/2024. DEFENDANT PRETRIAL MEMO DUE BY 1/9/2024. TRIAL POOL SET FOR 1/23/2024. ETC. SIGNED BY HONORABLE KAI N. SCOTT ON 3/23/23. 3/23/23 ENTERED AND COPIES E-MAILED. (va) (Entered: 03/23/2023) |
| 03/24/2023 | 26 | NOTICE FROM CHAMBERS OF JUDGE HEY RE: This matter having been referred to Judge Hey for the purposes of conducting settlement proceedings,the following procedures shall apply (see Judge Heys policies and procedures):http://www.paed.uscourts.gov/judges-info/magistrate-judges/elizabeth-t-hey. ETC.(sg) (Entered: 03/27/2023) |
| 04/14/2023 | 27 | ORDER THAT A SETTLEMENT CONFERENCE WILL BE HELD ON 6/13/23 AT 1:30 P.M. BY VIDEO CONFERENCE; ETC.. SIGNED BY MAGISTRATE JUDGE ELIZABETH T. HEY ON 4/14/23. 4/14/23 ENTERED AND E-MAILED.(JL) Modified on 6/7/2023 (bw). *VACATED PER ORDER No. 35 (Entered: 04/14/2023) |
| 05/16/2023 | 28 | First MOTION to Compel *Production* filed by SCOTT BEEN.Memorandum. (Attachments: # 1 Memorandum) (HENDERSHOT, SIMON) (Entered: 05/16/2023) |
| 05/16/2023 | 29 | Proposed Pretrial Order *on Plaintiff Scott Been's Motion to Compel Production* by SCOTT BEEN. (HENDERSHOT, SIMON) (Entered: 05/16/2023) |
| 05/17/2023 | 30 | NOTICE of Hearing: STATUS CONFERENCE SET FOR 5/18/2023 AT 01:30 PM VIA TELEPHONE BEFORE HONORABLE KAI N. SCOTT. (Attachments: # 1 Form)(va) (Entered: 05/17/2023) |

| Date | | # | Description |
|---|---|---|---|
| 05/23/2023 | 🔒 | 31 | Minute Entry for proceedings held before HONORABLE KAI N. SCOTT. Re: A Status Conference was held on 5/18/23. (fdc) (Entered: 05/23/2023) |
| 05/24/2023 | | 32 | NOTICE of Hearing on Motion 28 First MOTION to Compel *Production* : MOTION HEARING SET FOR 6/13/2023 11:00 AM IN Courtroom 4A BEFORE HONORABLE KAI N. SCOTT.(sfl) (Entered: 05/24/2023) |
| 06/02/2023 | | 33 | NOTICE of Withdrawal of Appearance by Lauren Goodfellow on behalf of SCOTT BEEN (Attachments: # 1 Certificate of Service)(Goodfellow, Lauren) (Entered: 06/02/2023) |
| 06/02/2023 | | 34 | NOTICE of Appearance by Jeffrey J Rizzo, Jr on behalf of SCOTT BEEN with Certificate of Service (Attachments: # 1 Certificate of Service)(Rizzo, Jeffrey) (Entered: 06/02/2023) |
| 06/07/2023 | | 35 | ORDER THAT ALL PARTIES WISH TO CANCEL THE SETTLEMENT CONFERENCE, THE ORDER SCHEDULING IT IS VACATED 27 . SIGNED BY MAGISTRATE JUDGE ELIZABETH T. HEY ON 6/7/23. 6/7/23 ENTERED AND COPIES E-MAILED.(bw) (Entered: 06/07/2023) |
| 06/08/2023 | | 36 | Statement *in Support of Motion to Compel* by SCOTT BEEN. (HENDERSHOT, SIMON) (Entered: 06/08/2023) |
| 06/12/2023 | | 37 | AMENDED DOCUMENT by SCOTT BEEN. Amendment to 36 Statement *in Support of Motion to Compel*. (Attachments: # 1 Text of Proposed Order)(HENDERSHOT, SIMON) (Entered: 06/12/2023) |
| 06/13/2023 | 🔒 | 38 | Minute Entry for proceedings held before HONORABLE KAI N. SCOTT Motion Hearing held on 6/13/23 Court Reporter: ESR. (jaa, ) (Entered: 06/13/2023) |
| 06/15/2023 | | 39 | Proposed Pretrial Order *on Plaintiff Scott Been's Motion to Compel Production* by SCOTT BEEN. (HENDERSHOT, SIMON) (Entered: 06/15/2023) |
| 06/15/2023 | 🔓 | 40 | TRANSCRIPT of Oral Argument on Motion to Compel held on 6/13/23, before Judge Kai N. Scott. Court Reporter/Transcriber: Jessica B. Cahill, CER/CET-708, Maukele Transcribers, LLC. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023. (fdc) (Entered: 06/15/2023) |
| 06/15/2023 | | 41 | Notice of Filing of Official Transcript with Certificate of Service re 40 Transcript - PDF,, 6/15/23 Entered & E-mailed. (fdc) (Entered: 06/15/2023) |
| 06/16/2023 | | 42 | ORDER GRANTING IN PART 28 MOTION TO COMPEL PRODUCTION. WITHIN FOURTEEN (14) DAYS OF THE DATE OF THE ENTRY OF THIS ORDER, DEFENDANTS ACTIVE WORLD HOLDINGS, INC. D/B/A ACTIVE WORLD CLUB AND ALFONSO KNOLL (DEFENDANTS) SHALL, WITH RESPECT TO REQUEST FOR PRODUCTION (RFP) NOS. 4, 5, 18, 19, 20, 28, 29, 34, 46, 63, AND 64, PRODUCE DOCUMENTS RESPONSIVE TO EACH OF THESE RFPS, OR STATE THAT AFTER REASONABLE DILIGENCE NO DOCUMENTS EXIST THAT ARE RESPONSIVE TO THE PARTICULAR RFP. DEFENDANTS AGREE TO WITHDRAW ALL OBJECTIONS TO THE PRODUCTION OF DOCUMENTS WITH RESPECT TO THESE RFPS. WITHIN FOURTEEN (14) DAYS OF THE DATE OF THE ENTRY OF THIS ORDER, DEFENDANTS SHALL, WITH RESPECT TO RFP NOS. 13, 23, 24, 25, 26, 36, AND 38, PRODUCE DOCUMENTS RESPONSIVE TO EACH OF THESE RFPS WITH THE INVESTOR(S) OR PAYEE(S) NAMES ONLY REDACTED, EXCEPT THAT SCOTT BEENS NAME OR ALFONSO KNOLLS NAME (AND THE NAMES OF ENTITIES THAT ARE AFFILIATED WITH OR CONTROLLED BY ALFONSO KNOLL) SHALL NOT BE REDACTED, OR STATE THAT AFTER REASONABLE DILIGENCE NO DOCUMENTS EXIST THAT ARE RESPONSIVE TO THE PARTICULAR RFP. DEFENDANTS AGREE TO WITHDRAW ALL OBJECTIONS TO THE PRODUCTION OF DOCUMENTS WITH RESPECT TO THESE RFPS, EXCEPT WITH RESPECT TO THE IDENTITIES OF THE PEOPLE REDACTED. ETC. SIGNED BY HONORABLE KAI N. SCOTT ON 6/16/23. 6/16/23 ENTERED AND COPIES E-MAILED. (va) (Entered: 06/16/2023) |
| 07/13/2023 | | 43 | Joint MOTION for Discovery filed by SCOTT BEEN.Agreed Motion Regarding Fact Discovery. (HENDERSHOT, SIMON) (Entered: 07/13/2023) |
| 07/18/2023 | | 44 | ORDER GRANTING 43 MOTION REGARDING DISCOVERY. THE 25 SCHEDULING ORDER IS AMENDED FOR THE DEPOSITIONS OF ACTIVE WORLD HOLDINGS, INC AND ALFONSO KNOLL SHALL TAKE PLACE NO LATER THAN 8/15/23. SIGNED BY HONORABLE KAI N. SCOTT ON 7/17/23. 7/18/23 ENTERED AND COPIES E-MAILED. (va) (Entered: 07/18/2023) |
| 08/01/2023 | | 45 | Emergency MOTION for Protective Order *and for an Order Enjoining the Plaintiff from Threatening and Endangering the Defendants)* filed by ACTIVE WORLD HOLDINGS, INC., ALFONSO KNOLL.Certificate of Service.(Lutz, George) (Entered: 08/01/2023) |
| 08/01/2023 | | 46 | RESPONSE to Motion re 45 Emergency MOTION for Protective Order *and for an Order Enjoining the Plaintiff from Threatening and Endangering the Defendants)* filed by SCOTT BEEN. (HENDERSHOT, SIMON) (Entered: 08/01/2023) |
| 08/01/2023 | | 47 | NOTICE of Hearing: STATUS CONFERENCE SET FOR 8/1/2023 03:30 PM IN Telephone Conference |

| | | | |
|---|---|---|---|
| | | | BEFORE HONORABLE KAI N. SCOTT.(sg) (Entered: 08/01/2023) |
| 08/01/2023 | | 48 | NOTICE of Withdrawal of Motion re Emergency Motion for Protective Order and for an Order Enjoining the Plaintiff from Threatening and Endangering the Defendants filed by ACTIVE WORLD HOLDINGS, INC., ALFONSO KNOLL.(Lutz, George) Modified on 8/9/2023 (md). (Entered: 08/01/2023) |
| 08/09/2023 | | 49 | MOTION for Partial Summary Judgment filed by SCOTT BEEN.Memorandum. (Attachments: # 1 Memorandum Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment on the Settlement Agreement)(HENDERSHOT, SIMON) (Entered: 08/09/2023) |
| 08/09/2023 | | 50 | STIPULATION re 49 MOTION for Partial Summary Judgment *on the Settlement Agreement* by SCOTT BEEN. (Attachments: # 1 Appendix)(HENDERSHOT, SIMON) (Entered: 08/09/2023) |
| 08/09/2023 | 🔒 | 51 | Minute Entry for proceedings held before HONORABLE KAI N. SCOTT. Status Conference via telephone held on 8/01/2023. (va) (Entered: 08/09/2023) |
| 08/10/2023 | | 52 | NOTICE of Withdrawal of Appearance by Jeffrey J Rizzo, Jr on behalf of All Plaintiffs (Attachments: # 1 Certificate of Service)(Rizzo, Jeffrey) (Entered: 08/10/2023) |
| 08/10/2023 | | 53 | NOTICE of Appearance by JUSTIN J. SERIANNI on behalf of SCOTT BEEN with Certificate of Service (Attachments: # 1 Certificate of Service)(SERIANNI, JUSTIN) (Entered: 08/10/2023) |
| 09/10/2023 | | 54 | RESPONSE to Motion re 49 MOTION for Partial Summary Judgment *on the Settlement Agreement* filed by ACTIVE WORLD HOLDINGS, INC., ALFONSO KNOLL. (Attachments: # 1 Memorandum Memorandum of Law)(Lutz, George) (Entered: 09/10/2023) |
| 09/11/2023 | | 55 | Proposed Pretrial Order *Proposed Order re: Defendants' Response to Plaintiff's Motion for Partial Summary Judgment on the Settlement Agreement* by ACTIVE WORLD HOLDINGS, INC., ALFONSO KNOLL. (Lutz, George) (Entered: 09/11/2023) |
| 09/11/2023 | | 56 | REQUEST for Hearing re 49 MOTION for Partial Summary Judgment, 54 Response to Motion filed by ACTIVE WORLD HOLDINGS, INC., ALFONSO KNOLL.(Lutz, George) Modified on 9/12/2023 (md). (Entered: 09/11/2023) |
| 09/11/2023 | | 57 | CERTIFICATE OF SERVICE by ACTIVE WORLD HOLDINGS, INC., ALFONSO KNOLL re 54 Response to Motion, 56 MOTION for Hearing re 49 MOTION for Partial Summary Judgment , 54 Response to Motion , 55 Proposed Pretrial Order (Lutz, George) (Entered: 09/11/2023) |
| 09/11/2023 | | 58 | RESPONSE in Support re 49 MOTION for Partial Summary Judgment filed by SCOTT BEEN. (HENDERSHOT, SIMON) (Entered: 09/11/2023) |
| 09/14/2023 | | 59 | ORDER THAT A SETTLEMENT CONFERENCE IS SET FOR 10/2/2023 AT 09:30 BY VIDEO. SIGNED BY MAGISTRATE JUDGE ELIZABETH T. HEY ON 9/13/23. 9/14/23 ENTERED AND COPIES E-MAILED. (va) (Entered: 09/14/2023) |
| 10/03/2023 | 🔒 | 60 | Minute Entry for proceedings held before MAGISTRATE JUDGE ELIZABETH T. HEY. Settlement Video Conference Not on the Record held on 10/02/2023. (va) (Entered: 10/03/2023) |
| 10/03/2023 | | 61 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE SET FOR 10/16/2023 AT 04:30 PM BY TELEPHONE. SIGNED BY MAGISTRATE JUDGE ELIZABETH T. HEY ON 10/3/23. 10/3/23 ENTERED AND COPIES E-MAILED.(va) Modified on 10/4/2023 (va). (Entered: 10/03/2023) |
| 10/03/2023 | | | Set/Reset Hearings: STATUS AND SCHEDULING CONFERENCE SET FOR 10/16/2023 AT 04:30 AM BY TELEPHONE BEFORE HONORABLE KAI N. SCOTT. (va) (Entered: 10/04/2023) |
| 10/17/2023 | 🔒 | 62 | Minute Entry for proceedings held before MAGISTRATE JUDGE ELIZABETH T. HEY. Settlement Status Telephone Conference Not on the Record held on 10/17/23. (va) (Entered: 10/17/2023) |
| 10/17/2023 | | 63 | ORDER THAT A TELEPHONIC STATUS AND SCHEDULING CONFERENCE IS SCHEDULED BEFORE THE UNDERSIGNED ON FRIDAY, NOVEMBER 3, 2023, AT 9:00 A.M., ETC. SIGNED BY MAGISTRATE JUDGE ELIZABETH T. HEY ON 10/2/23. 10/17/23 ENTERED AND COPIES E-MAILED.(va) (Entered: 10/17/2023) |
| 11/03/2023 | | 64 | Agreed Proposed Order re Dismissal filed by SCOTT BEEN.(HENDERSHOT, SIMON) Modified on 11/6/2023 (md). (Entered: 11/03/2023) |
| 11/03/2023 | | | NOTICE of Hearing: TELEPHONE CONFERENCE SET FOR 11/3/2023 09:00 AM IN Telephone Conference BEFORE MAGISTRATE JUDGE ELIZABETH T. HEY.(llk) (Entered: 11/03/2023) |
| 11/03/2023 | 🔒 | 65 | Minute Entry for proceedings held before MAGISTRATE JUDGE ELIZABETH T. HEY. Settlement Status Telephone Conference Not on the Record held on 11/3/23. (va) (Entered: 11/03/2023) |
| 11/07/2023 | | 66 | STIPULATION ORDER DISMISSING CASE. SIGNED BY HONORABLE KAI N. SCOTT ON 11/7/23. 11/7/23 ENTERED AND COPIES E-MAILED. (va) (Entered: 11/07/2023) |

| | | |
|---|---|---|
| 01/16/2024 | 67 | MOTION to Enforce *Settlement Agreement by Entry of Agreed Judgment* filed by SCOTT BEEN.. (Attachments: # 1 Text of Proposed Order)(HENDERSHOT, SIMON) (Entered: 01/16/2024) |
| 02/07/2024 | 68 | JUDGMENT in favor of SCOTT BEEN against ACTIVE WORLD HOLDINGS, INC., ALFONSO KNOLL IN THE AMOUNT OF $921,925.00. SIGNED BY HONORABLE KAI N. SCOTT ON 2/7/2024. 2/7/2024 ENTERED AND COPIES E-MAILED.(va) (Entered: 02/07/2024) |
| 02/08/2024 | 69 | NOTICE of Appearance by Andrew Roman Perrong on behalf of WFD Capital LLC (Perrong, Andrew) (Entered: 02/08/2024) |
| 02/08/2024 | 70 | NOTICE by WFD Capital LLC re 68 Judgment *NOTICE OF ASSIGNMENT OF JUDGMENT* (Perrong, Andrew) (Entered: 02/08/2024) |
| 02/08/2024 | 71 | Statement *Corporate Disclosure Statement* by WFD Capital LLC. (Perrong, Andrew) (Entered: 02/08/2024) |