UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

(C.R.C.P. No. 32: Rev 10/12)

Case Number: 1:24-rj-00002

## WRIT OF GARNISHMENT - JUDGMENT DEBTOR OTHER THAN NATURAL PERSON

WFD Capital LLC

Plaintiff(s)

vs.

Active World Holdings Inc d/b/a Active World Club and Alfonso Knoll

Defendant(s)

Judgment Debtor's name, last known address, other identifying information:
Active World Holdings Inc d/b/a Active World Club, 124 HUNTZINGER ROAD WERNERSVILLE, PA 19565, FEIN: 85-0765811

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered | 02/07/2024 (Date) | $921,925 |
| 2. Plus any interest Due on Judgment | ( 4.76 % per annum) | + $15,274.77 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | | + $300 |
| 4. Less any Amount Paid | | - $0 |
| 5. Principal Balance/Total Amount Due and Owing | | = $937,499.77 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of 06/13/2024 (Date)

Subscribed under oath before me on 06/14/2024 (Date)

Notary Public or Deputy Clerk

Commonwealth of Pennsylvania - Notary Seal
VERA JARYI - Notary Public
Bucks County
My Commission Expires May 29, 2026
Commission Number 1326643

My Commission Expires: May 4, 29, 2026

WFD Capital LLC
Print Judgment Creditor's Name

By Andrew Roman Perrong, Esq., Perrong Law LLC, Counsel

Address: 2657 Mount Carmel Avenue
Glenside, PA 19038

By: _____
Signature (Type Name, Title, Address and Phone)

## WRIT OF GARNISHMENT

THE PEOPLE OF THE STATE OF COLORADO to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of this Writ of Continuing Garnishment upon DiVinciPay Corp.

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:
YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a. To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b. To hold pending court order any personal property owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a. This Writ with Notice applies to all personal property owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b. In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c. If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589

CLERK OF THE COURT: Jeffrey P. Colwell
901 19th Street, Room A-105
Denver, Colorado 80294-3589
(303) 844-3433

By: s/ J. Roberts
Deputy Clerk
Date: 06/17/2024



The following questions MUST be answered by you under oath:

a. On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's to the Judgment Debtor?
☐ YES  ☐ NO

b. If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):

c. Do you claim and setoff against and property, debt of obligation listed above?
☐ YES  ☐ NO

d. If you said "YES" to question (c) describe the nature and amount of the setoff claimed: (Attach additional pages if necessary)

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on _____  DiVinciPay Corp.
                                    (Date)                 Name of Garnishee

Notary Public or Deputy Clerk                              Address: _____

                                                           _____

My Commission Expires: _____              Phone: _____

                                                           Name of Person Answering (print): _____

                                                           Signature of Person Answering: _____

**RETURN OF SERVICE**

STATE OF COLORADO                                          _____ County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____.

Subscribed under oath before me on _____.                              _____
                                                                                               Signature
_____                  My Commission Expires: _____  Service Fee $ _____
Notary Public