STACEY SALKO
(303) 913-5223
THE UPS STORE #1796
5023 W 120TH AVE
BROOMFIELD CO 80020-5606

0.3 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 23 JUL 2024

SHIP TO:
(303) 844-3433
JEFFREY P COLWELL
ROOM A-105
901 19TH ST
DENVER CO 80294

CO 802 9-50

UPS 2ND DAY AIR A.M.
TRACKING #: 1Z AW6 675 07 7220 3318     2A

BILLING: P/P

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2024

JEFFREY P. COLWELL
CLERK

---

Visit UPS.com

**Apply shipping documents on this side.**

Scan QR code to schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes or weighing more than 8 oz...

**International Shipments**
- The UPS Express envelope...
  value. Certain countries...
  ups.com/import
- To qualify for the letter rate...
  UPS express envelope...

**Note:** UPS Express envelopes containing electronic media...
Do not send cash or cash equivalent...

**Reusable Express Envelope**

**Legal Size**
Reduce paper waste by using this envelope a second time. Simply return to sender or with another recipient. See reuse instructions on flap above.

JEFFREY P COLWELL
901 19TH ST
DENVER CO 80294

P: BLACK      S: 5TY
529-1002      I: 5W
              A
1030

...ing Notice — Carriage hereunder may be subject to the rules relating to liability...established by the Convention for the Unification of Certain...arriage by Air (the "Warsaw Convention") and/or the Convention...ional Carriage of Goods by Road (the "CMR Convention"). These...software were exported from the U.S. in accordance with the Export...Diversion contrary to U.S. law prohibited.

...than 110 years

...bout UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com   01019511212   05/21   PAC   United Parcel Service

100% Recycled fiber
80% Post-Consumer