UPS shipping label envelope

STACEY SALKO
(303) 913-5223
THE UPS STORE #1796
5023 W 120TH AVE
BROOMFIELD CO 80020-5606

0.3 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 23 JUL 2024

SHIP TO:
(303) 844-3433
JEFFREY P COLWELL
ROOM A-105
901 19TH ST
DENVER CO 80294

CO 802 9-50

UPS 2ND DAY AIR A.M.
TRACKING #: 1Z AW6 675 07 7220 3318
2A

BILLING: P/P

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2024

JEFFREY P. COLWELL
CLERK

Scanned by US Marshal

Reusable Express Envelope instructions:
- Visit UPS.com
- Apply shipping documents on this side.
- Scan QR code to schedule a pickup

Return label:
P: BLACK    S: 5TY
529-1002    I: 5W
JEFFREY P COLWELL
901 19TH ST
DENVER CO 80294
1ZAW6675077220 3318